UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

HERBERT BURGESS,

                              Plaintiff,                              ORDER

                                                                 03-CV-6346L

                              v.

SGT. GARY P. MORSE,
SUPERINTENDENT MICHAEL McGINNIS,

                              Defendants.
_____

    By letter dated June 28, 2005, plaintiff requested additional time to respond to defendant's motion to enforce the settlement. Plaintiff requested until August 15, 2005, within which to respond. The motion is granted.

    IT IS SO ORDERED.

                                                      _____
                                                        DAVID G. LARIMER
                                                United States District Judge

Dated: Rochester, New York
       July 1, 2005.